UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SOUTH CANAAN CELLULAR INVESTMENTS, INC., and | : | |
| | : | |
| SOUTH CANAAN CELLULAR EQUITY, LLC | : | Bankruptcy No. 09-10473bf |
| Debtors | : | (Jointly Administered with 09-10474) |

---

| | | |
|---|---|---|
| SOUTH CANAAN CELLULAR INVESTMENTS, INC., and | : | |
| | : | |
| SOUTH CANAAN CELLULAR EQUITY, LLC | : | |
| Plaintiffs | : | |
| v. | | |
| | : | |
| LACKAWAXEN TELECOM, INC. and FRANK M. COUGHLIN | | Adversary No. 09-0218 |
| | : | |
| Defendants | : | |

...................................................

ORDER

...................................................

AND NOW, this 12th day of November 2009, for the reasons stated in the accompanying memorandum, it is hereby ordered that:

1. The plaintiffs/debtors' demand for trial by jury is stricken as having been withdrawn under Fed. R. Bankr. P. 9015 incorporating Fed. R. Civ. P. 39(a)(1); and

2. The defendants' motion to sever the objection to LTI's proofs of claim

under Fed. R. Bankr. P. 7021 is denied.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

John J. Barrett, Jr., Esq.
Reger Rizzo & Darnall, LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104

John J. Murphy, III, Esq.
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103