UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SOUTH CANAAN CELLULAR INVESTMENTS, LLC, and | : | |
| | : | |
| SOUTH CANAAN CELLULAR EQUITY, LLC | : | Bankruptcy No. 09-10473bf |
| Debtors | : | (Jointly Administered with 09-10474) |
| SOUTH CANAAN CELLULAR INVESTMENTS, LLC, and | : | |
| | : | |
| SOUTH CANAAN CELLULAR EQUITY, LLC | : | |
| Plaintiffs | : | |
| v. | | |
| | : | |
| LACKAWAXEN TELECOM, INC. and FRANK M. COUGHLIN | | Adversary No. 09-0218 |
| | : | |
| Defendants | : | |

................................................

ORDER

................................................

AND NOW, this 19th day of August 2010, for the reasons stated in the accompanying memorandum, it is hereby ordered that the debtors' objections to the secured proof of claim filed by defendant Lackawaxen Telecom, Inc. ("LTI") are sustained in part and overruled in part. LTI holds an allowed jointly held secured claim against these debtors, through May 7, 2010, and inclusive of postpetition interest, costs

and fees under 11 U.S.C. § 506(b), in the amount of $12,023,543.21.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

John J. Barrett, Jr., Esq.
Philip W. Fisher, Esq.
Reger Rizzo & Darnall, LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104

Gretchen M. Santamour, Esq.
John J. Murphy, III, Esq.
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103